IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:25-cr-00226 DJC |
| Plaintiff, | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) ) | |
| KENET BARAHONA SALMERON | ) ) | |
| Defendant. | ) ) | |

The above-named Defendant has, under oath, sworn or affirmed at an initial appearance in the Southern District of California as to their financial inability to employ counsel or has otherwise satisfied this Court that they are financially unable to obtain counsel and wishes counsel be appointed. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Danica Mazenko be appointed to represent the above defendant in this case effective *nunc pro tunc* to June 10, 2026.

This appointment shall remain in effect until further order of this court.

Dated:  June 10, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

-1-