ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALEXANDER RODRIGUEZ MURCIA, KENET BARAHONA SALMERON, and HECTOR GEOVANY PEREZ<br><br>Defendants. | CASE NO. 2:25-CR-226 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 24, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1. By previous order, this matter was set for status on September 24, 2026.

2. By this stipulation, defendants now move to continue the status conference until December 3, 2026, at 9:00 a.m., and to exclude time between September 24, 2026, and December 3, 2026, under Local Code T4.

3. This is the third requested continuance in the case, but the first continuance as to two of the co-defendants.

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes the discovery associated with this case includes more than 55,000 pages of discovery. Included in this discovery are several files containing cell phone extractions, returns from

searches of digital accounts, and complex financial materials. Much of the discovery has been produced pursuant to a protective order. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying to counsel for defendants Rodriguez Murcia and Barahona Salmeron.

b) Co-defendant Hector Geovany Perez was arrested in the Central District of California on August 6, 2026, and had his initial appearance in the Central District of California on August 7, 2026. He was appointed counsel in the Eastern District of California on September 1, 2026. Government counsel is in the process of entering into a protective order with Defendant Perez's counsel and then providing discovery directly to defense counsel. Defendant Perez is currently detained by ICE and has an immigration hearing scheduled for October 19, 2026.

c) Government counsel has extended plea offers to counsel for defendants Rodriguez Murcia and Barahona Salmeron. Plea negotiations are active and ongoing. The parties anticipate that the case will resolve as to those defendants without the need for trial.

d) Counsel for all defendants desire additional time to continue to review discovery, investigate the charges, conduct legal research, and to further discuss the case with their clients.

e) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2026 to December 3, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 9, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated: September 9, 2026

/s/ DINA SANTOS
DINA SANTOS
Counsel for Defendant
JOSE ALEXANDER RODRIGUEZ MURCIA

Dated: September 9, 2026

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
KENET BARAHON SALMERON

Dated: September 9, 2026

/s/ MICHAEL HANSEN
MICHAEL HANSEN
Counsel for Defendant
HECTOR GEOVANY PEREZ

**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of September, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE